1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IAN CHARMAN,

              Plaintiff,

      vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

              Defendant.

NO.  C24-1297RSL

MINUTE ORDER

16
17
18
19
20
21
22
23
24
25
26
27
28

      The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S.  LASNIK, UNITED STATES DISTRICT JUDGE:

      Judge Lasnik recuses himself in the above entitled action and this case is reassigned in rotation to

the Honorable James L. Robart.  The cause number in this case is changed to **C24-1297JLR** which

reflects the initial of the Judge to which this case was reassigned.

      DATED this 26th day of September, 2024.

                   *s/Victoria Ericksen*
                  by Victoria Ericksen, Deputy Clerk
                  to Robert S.  Lasnik, Judge

MINUTE ORDER